**STATE of Vermont v. Michael A. FRENCH, No. 23-80**

April 9, 1980. Appellant's brief and printed case shall be filed by May 9, 1980, or the cause shall be dismissed.

**Gertrude M. NAATZ v. William L. NAATZ, No. 50-80**

April 9, 1980. Appellant shall order the transcript by May 9, 1980, or the cause shall be dismissed.

**Jacquelyn STAMATO v. Ada QUAZZO, Ugo Quazzo, and Ada Chester, Inc., No. 51-80**

April 9, 1980. Appellant shall order the transcript by May 9, 1980, or the cause shall be dismissed.

**IN RE GRIEVANCE OF VSEA, INC. on behalf of Hugh Brady, et al., No. 54-80**

April 9, 1980. The appellant shall evidence, by May 9, 1980, his application to the Board for the certification of questions of law or the appeal shall be dismissed.

**LOUIS ANTHONY CORPORATION d/b/a Zonka's II v. DEPARTMENT OF LIQUOR CONTROL, No. 57-80**

April 9, 1980. Appellant shall order the transcript by May 9, 1980, or the cause shall be dismissed.

**Rebecca J. LEEDS v. Walter B. LEEDS, No. 65-80**

April 9, 1980. Appellant shall order the transcript by May 9, 1980, or the cause shall be dismissed.

**STATE of Vermont v. Henry Elroy MANNING, No. 82-80**

April 9, 1980. Upon consideration of the memorandum of law filed with this bail appeal and the oral arguments of counsel, this Court orders that defendant be released under the authority of V.R.A.P. 9(b), subject to the following conditions:

1. That condition number 14 of the district court's February 11, 1980, order be stricken.

2. That condition number 9 of the district court's February 11, 1980, order can be satisfied by defendant entering into an appropriate bond with good and sufficient sureties before the Clerk of the Supreme Court.

3. That all other conditions of the district court's order remain in full force and effect.